1983
NE

FILED
2016 MAR 17  A 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 218881

Chad Bell

(Enter above the full name of the plaintiff
in this action)

vs.

Jimmy Patrick

(Enter above full name(s) of the defendant(s)
in this action)

CV-16-P-0444-NE

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (  )        No ( ✓ )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **Limestone Corrections**

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( ✓ )   No ( )

C. If your answer is YES:

1. What steps did you take? **I made my Complaint on a Inmate Request to Warden Jimmy Patrick.**

2. What was the result? _____

D. If your answer is NO, explain why not: _____

3

III. Parties.
In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Chad Bell

Address 28779 Nick Davis Road
Harvest, Alabama 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant CO Jimmy Patrick

Is employed as Warden at

at Limestone Corrections

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I made a Complaint of sexual assault to the Warden (Patrick) on two officers, and my Complaint went overlooked, my safety has been neglected, and I have been threaten to be beat by other officers, Due to the Fact

4

I Filed the Complaints on their Co-workers here at Limestone Corrections. I was deprived of due process with regard to my placement of still being held here.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

To place me in another Correction Facility, were I'm safe, and to press charges on Warden Patrick, due to my safety being at risk, and $5,000 for my stress and post tramatic disorder, From not going to sleep cause im scared.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/9/16

Chad Bell
SIGNATURE

ADDRESS 28779 Nick Davis Road
Harvest, Alabama 35749

AIS # 218881

5